# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| LHO CHICAGO RIVER, L.L.C.,<br><br>        Plaintiff-Appellee,<br><br>No. 20-2506      v.<br><br>ROSEMOOR SUITES, LLC, PORTFOLIO HOTELS & RESORTS, LLC, and CHICAGO HOTEL, LLC<br><br>        Defendants-Appellants. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:16-cv-6863<br><br>Honorable Charles P. Kocoras |

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Appellants Rosemoor Suites, LLC, Portfolio Hotels & Resorts, LLC, and Chicago Hotel, LLC, by its attorneys, requests an extension of time to file its brief. Appellants have good cause for the extension requested herein.

The current schedule sets Appellants' brief to be due on September 28, 2020 (Dkt. 3). No previous requests for extension have been requested. Appellants have been diligently preparing this appeal including attending mediation on August 28, 2020 as ordered by the court (Dkt. 2).

Appellants will face undue hardship meeting the current schedule. As supported by the Affidavit of Lead Counsel of Appellants filed herewith, Mr. Villeneuve's availability to finalize and file Appellants' brief is compromised by the need to physically move from his residence in Chicago to a new residence in the state of Washington. (Affidavit, ¶4). Mr. Villeneuve's husband has accepted a new position that requires him to physically move his residence from Chicago, Illinois to Seattle, Washington. (Affidavit, ¶3). Further details of the move include that Mr. Villeneuve closed on a new residence in Seattle on Sept. 15, 2020 and Mr. Villeneuve's husband's new position requires his attendance starting on Oct. 1, 2020. (Affidavit, ¶3). These dates coincide with the due date for Appellants' brief on Sept. 28, 2020.

Mr. Villeneuve will face undue hardship because his home office and professional office are currently in a state of transition and he will physically be driving cross-country for at least four days during the move.

In light of the difficulties caused by the above noted details and in light of the fact that the difficulties are compounded by the restrictions imposed by the COVID-19 pandemic, Appellants respectfully request that the time for filing Appellants' brief be extended thirty (30) days to October 28, 2020.

Respectfully submitted,

Dated: Sept. 18, 2020

*/s/ Alain Villeneuve*
Alain Villeneuve
Duane Morris LLP
190 South LaSalle St.
Suite 3700
Chicago, IL 60603
Tel: (312) 499-6739
Fax: (312) 277-3967

*Attorneys for Rosemoor Suites, LLC, Portfolio Hotels & Resorts, LLC, and Chicago Hotel, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court's Electronic Case Filing system, which will send notification to all counsel of record.

Dated: Sept. 18, 2020                                          /s/ *Alain Villeneuve*
                                                                                          Alain Villeneuve